# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | | |
|---|---|---|
| BENJAMIN DENIO, | * | No. CV-19-36-BU-BMM-KLD |
| Plaintiff, | * | |
| v. | * | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| STEPHEN COTTY, | * | |
| Defendant. | * | |

Pursuant to the Stipulation of the parties, by and between the parties hereto, through their respective counsel of record, pursuant to Rule 41, Federal Rules of Civil Procedure, that Plaintiff's claims against Defendant Stephen Cotty has been fully and finally compromised and settled on the merits and shall be dismissed with prejudice.

IT IS HEREBY ORDERED that the above-entitled cause is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

DATED this 26th day of May, 2020.

_____
Brian Morris, Chief District Judge
United States District Court

Order for Dismiss